UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOME, et al.,<br><br>   Defendants. | No. 2:22-cv-0936-KJM-EFB (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations, noting correctly that the governor's last name is misspelled in the caption of this case.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 5, 2022, are adopted in full;

2. Plaintiff's applications to proceed in forma pauperis (ECF Nos. 2 & 7) are denied;

3. Plaintiff shall pay the $402 filing fee within fourteen days from the date this order and is hereby warned that failure to do so will result in the dismissal of this action; and

4. The clerk of court is directed to correct the spelling of defendant's last name to "Newsom" on the docket of this case.

DATED: October 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE