UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No.  2:22-cv-00936-KJM-EFB (PC)<br><br><br><br>ORDER |

   Plaintiff Tony Blackman ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 27, 2022, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $402 filing fee for this action.  (ECF No. 12.)  Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action.  *Id.*  Plaintiff has not paid the fee.

   Accordingly, IT IS ORDERED that this action is DISMISSED.

DATED:  January 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE